**BOUTIN JONES INC.**
ROBERT D. SWANSON (SBN 162816)
THOMAS G. MOUZES (SBN 99446)
MICHAEL E. CHASE (SBN 214506)
IAN K. MCGLONE (SBN 315201)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
Email:  rswanson@boutinjones.com
        tmouzes@boutinjones.com
        imcglone@boutinjones.com

*Attorneys for Appellants*
*CITY OF SANTA CLARA, dba*
*SILICON VALLEY POWER, and*
*NORTHERN CALIFORNIA POWER AGENCY*

***Additional Counsel Listed on Next Page***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CITY OF SANTA CLARA dba SILICON VALLEY POWER AND NORTHERN CALIFORNIA POWER AGENCY,<br><br>                    Appellants,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>                    Appellee. | Case No.: 4:22-cv-02834-HSG<br><br>On Appeal from the United States Bankruptcy Court for the Northern District of California<br><br>Chapter 11 Case No.: 19-30088 (DM) (Lead Case) (Jointly Administered)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING BRIEFING SCHEDULE** |

*Counsel Continued from Previous Page*

LISA S. GAST (*pro hac vice*)
**DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.**
1667 K Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 791-3601
Email: lsg@dwgp.com

*Attorney for Appellants*
*CITY OF SANTA CLARA, dba SILICON VALLEY POWER*

JANE LUCKHARDT (SBN 141919)
General Counsel
**NORTHERN CALIFORNIA POWER AGENCY**
651 Commerce Drive
Roseville, CA 95678-6411
Phone: 916.781.3636
Email:  Jane.Luckhardt@ncpa.com

*Attorney for Appellants*
*NORTHERN CALIFORNIA POWER AGENCY*

City of Santa Clara dba Silicon Valley Power ("**SVP**") and Northern California Power Agency ("**NCPA**") (SVP and NCPA collectively "**Appellants**"), on the one hand, and the California Department of Water Resources ("**Appellee**," and, together with the Appellants, the "**Parties**," and each, a "**Party**") on the other hand, hereby stipulate as follows:

WHEREAS, pursuant to the Corrected Case Management Scheduling Order (the "**Scheduling Order**"), entered on May 16, 2022 [Dkt. No. 3], Appellants' principal brief is due "no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket," and Appellee's response brief is due 30 days after Appellant's principal brief is filed and served;

WHEREAS, notice that the record has been transmitted or is available electronically was filed on June 7, 2022, and entered on the docket of this appellate case on June 8, 2022, and Appellants' principal brief is therefore due on July 8, 2022;

WHEREAS, a related appeal of the same bankruptcy court orders that are the subject hereunder is currently pending before this Court as *PG&E Corp, et al. v. California Department of Water Resources* (Case No. 22-cv-02833 (HSG)) ("**Case No. 22-cv-02833**").

WHEREAS, the Parties, together with the parties in Case No. 22-cv-02833, have met and conferred regarding a briefing schedule with respect to this appeal and Case No. 22-cv-02833, and, in light of the intervening summer holiday and schedules of counsel, the Parties have agreed to a modest modification of the Scheduling Order as set forth herein, and the parties in Case No. 22-cv-02833 have agreed to an identical modified briefing schedule in Case No. 22-cv-02833 and will be submitting a similar stipulation and proposed order in that appeal;

WHEREAS, this is the first request by any Party to modify the Scheduling Order;

WHEREAS, the Parties believe the requested enlargement of time will have a negligible, if any, impact on the timeframe for the resolution of this appeal because there is no schedule in place beyond the filing dates for briefing, and no argument date has been set.

**IT IS HEREBY STIPULATED:**

1. The Scheduling Order is modified as stated herein.

2. Appellants' principal brief shall be filed and served no later than August 8, 2022.

3. Appellee's response brief shall be filed and served no later than October 14, 2022.

4. Appellants' reply brief shall be filed and served no later than November 14, 2022.

5. Appellants SVP and NCPA shall file one joint principal (opening) brief and one joint reply brief.

6. The Order approving this Stipulation is without prejudice to any Party herein to request further modifications of the Scheduling Order.

Dated: June 20, 2022                              **BOUTIN JONES INC.**

                                                  By: /s/ Robert D. Swanson
                                                      Robert D. Swanson
                                                      Thomas G. Mouzes
                                                      Ian K. McGlone

                                                  *Attorneys for Appellants City of Santa Clara dba Silicon Valley Power and Northern California Power Agency*

Dated:  June 21, 2022                             ROB BONTA
                                                  Attorney General of California
                                                  DANETTE VALDEZ, SBN 141780
                                                  ANNADEL ALMENDRAS, SBN 192064
                                                  Supervising Deputy Attorneys General


                                                  By: /s/ Paul J. Pascuzzi

                                                  PAUL J. PASCUZZI
                                                  FELDERSTEIN FITZGERALD
                                                  WILLOUGHBY PASCUZZI & RIOS LLP
                                                  *Attorneys for Appellee California Department of Water Resources, by and through the State Water Project*

"Pursuant to Local Rule 5-1(h)(3), I, Robert D. Swanson, attest that concurrence in filing this document has been obtained from the other signatories."

BOUTIN JONES INC.

   /s/ Robert D. Swanson
         Robert D. Swanson

# ORDER

WHEREAS, on June 21, 2022, the Appellants and Appellee filed the *Joint Stipulation and Proposed Order Modifying Briefing Schedule* (the "**Stipulation**") requesting that the Scheduling Order in this appeal be modified;

For the reasons set forth in the Stipulation, and good cause appearing therefor,

1. The Scheduling Order is modified as stated herein.
2. Appellants' principal brief shall be filed and served no later than August 8, 2022.
3. Appellee's response brief shall be filed and served no later than October 14, 2022.
4. Appellants' reply brief shall be filed and served no later than November 14, 2022.
5. Appellants SVP and NCPA shall file one joint principal (opening) brief and one joint reply brief.
6. This Order is without prejudice to any Party herein to request further modifications of the Scheduling Order.

**IT IS SO ORDERED.**

Dated: 6/22/2022

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge